IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| RICKY LYNN EDWARDS, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Case No. 3:07-1271 |
| | ) | Judge Nixon |
| v. | ) | Magistrate Judge Griffin |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Plaintiff Ricky Lynn Edwards's Motion for Judgment on the Record ("Plaintiff's Motion") (Doc. No. 20), to which Defendant Commissioner of Social Security filed a Response (Doc. No. 22) and Plaintiff filed a Reply (Doc. Nos. 23 & 24). Magistrate Judge Griffin issued a Report and Recommendation ("Report") (Doc. No. 30) recommending that Plaintiff's Motion be denied and the decision of the Commissioner affirmed. The Report was filed on October 19, 2009, and no objections to the Report have been filed.

Upon review of the record in this case, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner.

It is so ORDERED.

Entered this ____7th____ day of November, 2009.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT